**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **ROXANA RECIO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV361** |
| vs. ) | |
| ) | **ORDER** |
| **CREIGHTON UNIVERSITY, a** ) | |
| **Nebraska Nonprofit Corporation,** ) | |
| ) | |
| **Defendant.** ) | |

    This matter is before the court on plaintiff's Motion for leave to depose Timothy R. Austin before the time specified in Fed. R. Civ. P. 26(d). Opposing counsel advised the court that this motion will be unopposed. For good cause shown,

    **IT IS ORDERED** that plaintiff's Motion (Filing 8) is granted. Plaintiff is given leave to depose Timothy R. Austin before the time specified in Fed. R. Civ. P. 26(d), at a time and place mutually convenient to the parties and Mr. Austin.

    **DATED July 5, 2006.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**