IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROXANA RECIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CV361 |
| vs. | ) | |
| | ) | ORDER |
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

A telephonic hearing was held on October 13, 2006 on plaintiff's Motion to Compel [19] and defendant's responsive Motion for Protective Order [23]. Kevin J. McCoy represented the plaintiff, and Thomas F. Hoarty represented the defendant. As discussed at during the hearing,

**IT IS ORDERED** that the motions (Filings [19] and [23]) are granted in part, and denied in part, as follows:

1. Defendant's motion for protective order is granted as to faculty self-evaluations; however, defendant shall produce the final scores and worksheets associated with these evaluations.

2. Regarding plaintiff's Document Request No. 5, if any responsive records exist, counsel shall submit them to the court for *in camera* review.

3. Plaintiff's deposition shall be completed on or before November 17, 2006.

4. The disclosure of all documents produced pursuant to this order shall be strictly limited to counsel and members of counsel's staff and shall be returned to the producing party at the conclusion of the lawsuit.

DATED October 13, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge